IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -7 PM 4: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                         Criminal No. 05-20288-BBD

SHERRIE-LEE DOREEN CAVE,

   Defendant.

---

### ORDER RE: MODIFICATION OF DEFENDANT SHERRIE-LEE DOREEN CAVE'S PROBATION

---

Good cause having been shown,

IT IS HEREBY ORDERED that defendant Sherrie-Lee Doreen Cave's probation is modified as follows: the condition for drug testing is deleted.

All other terms and conditions of probation shall remain in full force and effect.

Dated: 9-7-2005

HONORABLE BERNICE B. DONALD
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___4/7/___

1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 Wilshire Boulevard, Suite 1510, Los Angeles, California 90017.

On September 2, 2005, I served the foregoing document described as **Defendant Sherrie-Lee Doreen Cave's Motion for Modification of Terms of Probation** and **Order Re: Modification of Defendant Sherrie-Lee Doreen Cave's Probation** on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Dan L. Newsom, Esq.
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, Tennessee 38103
Telephone: (901) 544-4231
Facsimile: (901) 544-4230

**XXX** **BY MAIL**: I deposited said envelopes with the United States Postal Service at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

**BY OVERNIGHT MAIL (VIA FEDEX)**: By placing a true copy thereof in sealed envelopes addressed to the parties listed above (or on the attached service list) and causing them to be deposited in the Federal Express depository maintained at 800 Wilshire Boulevard, Los Angeles, California 90017. The envelopes were sent with Federal Express fees fully paid, with written instructions for "next business day" delivery.

**XXX** **BY FACSIMILE TRANSMISSION**: By transmitting a true copy thereof via facsimile to the offices of the parties listed above. I caused the copy to be transmitted at 11:30 (a.m.)/p.m. on September 2, 2005, from facsimile number (213) 622-0445. The transmission was reported as complete and without error. A copy of the transmission report is attached to this Proof of Service.

**FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 2, 2005, at Los Angeles, California.

STACI J. MOMII

TRANSMISSION REPORT

P.1

```
Account Name     :
DESTINATION      : 19015444230
DEST. NUMBER     : 19015444230

F CODE           :

PAGES            : 6 sheets
RESULT           : OK
```

```
(FRI) SEP  2 2005 11:41
Law Offices 213-622-0445

DOCUMENT#        : 6327737-849
TIME STORED      : SEP  2 11:36
TIME SENT        : SEP  2 11:36
DURATION         : 1min, 27sec
MODE             : ECM
```

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20288 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Richard M. Steingard
LAW OFFICE OF RICHARD M. STEINGARD
800 Wilshire Blvd.
Ste. 1510
Los Angeles, CA 90017

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT